**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

DOUGLAS N. BARBER,                                    Civil No. 11-1221 (JRT/TNL)

              Plaintiff,

v.                                                    **ORDER ADOPTING REPORT
                                                      AND RECOMMENDATION**

MICHAEL J. ASTRUE,

              Defendants.

_____

Neut Strandemo, **STRANDEMO SHERIDAN & DULAS, PA**, 1380 Corporate Center Curve, Suite 320, Eagan, MN 55121, for plaintiff.

David Fuller, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung, dated August 16, 2012 [Docket No. 21]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 9] is **GRANTED IN PART** and this matter is **REMANDED** for further consideration;

2. Defendant Commissioner's Motion for Summary Judgment [Docket No. 17] is **DENIED.**

Dated: September 4, 2012
at Minneapolis, Minnesota                              s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                                   United States District Judge